

# United States District Court
# Eastern District of California

| Brian Heniz, et al. | Case Number: | 2:25-cv-00949-JAM-SCR |

Plaintiff(s)

V.

The Lifetime Value Co. LLC

**APPLICATION FOR PRO HAC VICE AND ORDER**

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Brian J. Wanca hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Brian Heinz, Eric Sweeten, Marie Edwards, Lula Lewis, Sharon Muangprasert, and Tyree Caldwell

On 06/05/1980 (date), I was admitted to practice and presently in good standing in the state of Illinois (ARDC #3126474) (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/04/2025    Signature of Applicant: /s/ Brian J. Wanca

**Pro Hac Vice Attorney**

Applicant's Name: Brian J. Wanca
Law Firm Name: ANDERSON + WANCA
Address: 3701 Algonquin Road
Suite 500
City: Rolling Meadows    State: IL    Zip: 60008
Phone Number w/Area Code: (847) 368-1500
City and State of Residence: Inverness, Illinois
Primary E-mail Address: bwanca@andersonwanca.com
Secondary E-mail Address: buslit@andersonwanca.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: S. Chandler Visher
Law Firm Name:
Address: 268 Bush Street
#4500
City: San Francisco    State: CA    Zip: 94194
Phone Number w/Area Code: (415) 901-0500    Bar #: 52957

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 06/04/2025        /s/ John A. Mendez
                        JUDGE, U.S. DISTRICT COURT