**HOGAN LOVELLS US LLP**
Vassi Iliadis (Bar No. 296382)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com

Amber M. Trincado (Bar No. 260186)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2347
Facsimile: (415) 374-2399
amber.trincado@hoganlovells.com

Jon M. Talotta (*Pro Hac Vice* Application Forthcoming)
8350 Broad Street, 17th Floor
Tysons, Virginia 22101
Telephone: (703) 610-6156
Facsimile: (310) 785-4601
jon.talotta@hoganlovells.com

*Attorneys for Defendant*
The Lifetime Value Co. LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HEINZ, ERIC SWEETEN, MARIE EDWARDS, LULA LEWIS, SHARON MUANGPRASERT, and TYREE CALDWELL, individually and on behalf of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>THE LIFETIME VALUE CO. LLC,<br><br>Defendant. | Case No.: 2:25-cv-00949-JAM-SCR<br><br>Hon. Senior District Judge John A. Mendez<br><br>**NOTICE OF APPEARANCE OF AMBER M. TRINCADO** |

**TO ALL PARTIES AND CLERK OF THE COURT:**

Pursuant to the Local Rules in the Eastern District of California, notice is hereby given that Amber M. Trincado of Hogan Lovells US LLP is appearing as counsel representing Defendant The Lifetime Value Co. LLC in this action.

Defendant The Lifetime Value Co. LLC requests that all notices, including all electronic ("ECF") notices, given or required to be given, and all papers filed or served, or required to be served, in this action be provided to and served upon Ms. Trincado at the address set forth below:

> Amber M. Trincado (Bar No. 260186 )
> 4 Embarcadero Center, Suite 3500
> San Francisco, California  94111
> Telephone: (415) 374-2347
> Facsimile: (415) 374-2399
> amber.trincado@hoganlovells.com

Respectfully submitted,

Dated:     July 18, 2025            HOGAN LOVELLS US LLP

                                    By: /s/ *Amber Trincado*
                                        Vassi Iliadis
                                        Amber M. Trincado
                                        Jon M. Talotta

                                        *Attorneys for Defendant*
                                        THE LIFETIME VALUE CO. LLC