1

2

3

4

5          **UNITED STATES DISTRICT COURT**

6          **EASTERN DISTRICT OF CALIFORNIA**

7

8    BRIAN HEINZ, ERIC SWEETEN, MARIE          Case No.:  2:25-cv-00949-JAM-SCR
     EDWARDS, LULA LEWIS, SHARON
9    MUANGPRASERT, and TYREE                   Hon. Senior District Judge John A. Mendez
     CALDWELL, individually and on behalf of
10   similarly-situated persons,               **[PROPOSED] ORDER GRANTING
                                                JOINT STIPULATION TO EXTEND
11              Plaintiffs,                     TIME FOR DEFENDANT TO RESPOND
                                                TO COMPLAINT (LOCAL RULE 144(a))**
12        v.
                                                Action Filed:          March 26, 2025
13   THE LIFETIME VALUE CO. LLC,                Current Response Date:  July 31, 2025
                                                New Response Date:      September 15, 2025
14              Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court has read and considered the parties' Joint Stipulation to Extend Defendant's Time to Respond to Complaint. Based on the Joint Stipulation, **IT IS ORDERED** that the deadline for Defendant The Lifetime Value Co. LLC to move, answer, or otherwise respond to Plaintiffs' complaint is extended until (and including) September 15, 2025.

**IT IS SO ORDERED.**

Dated:     July 18, 2025

By: _____
Hon. Senior District Judge John A. Mendez