**HOGAN LOVELLS US LLP**
Vassi Iliadis (Bar No. 296382)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com

Amber M. Trincado (Bar No. 260186 )
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2347
Facsimile: (415) 374-2399
amber.trincado@hoganlovells.com

Jon M. Talotta (*Pro Hac Vice* Application Forthcoming)
8350 Broad Street, 17th Floor
Tysons, Virginia 22101
Telephone: (703) 610-6156
Facsimile: (310) 785-4601
jon.talotta@hoganlovells.com

*Attorneys for Defendant*
The Lifetime Value Co. LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HEINZ, ERIC SWEETEN, MARIE EDWARDS, LULA LEWIS, SHARON MUANGPRASERT, and TYREE CALDWELL, individually and on behalf of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>THE LIFETIME VALUE CO. LLC,<br><br>Defendant. | Case No.: 2:25-cv-00949-JAM-SCR<br><br>Hon. Senior District Judge John A. Mendez<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (LOCAL RULE 144(a))**<br><br>Action Filed: March 26, 2025<br>Current Response Date: July 31, 2025<br>New Response Date: September 15, 2025 |

Pursuant to Eastern District Local Rule ("LR") 144(a), Plaintiffs Brian Heinz, Eric Sweeten, Marie Edwards, Lula Lewis, Sharon Muangprasert, and Tyree Caldwell (collectively, "Plaintiffs") and Defendant The Lifetime Value Co. LLC ("Defendant") (together, the "Parties") hereby enter into this Joint Stipulation and request for an Order by the Court (the "Stipulation") as follows:

**WHEREAS,** Plaintiffs filed the Complaint in this action on March 26, 2025 (ECF No. 1);

**WHEREAS,** Defendant executed a waiver of the service of summons on April 21, 2025 (ECF No. 6);

**WHEREAS,** Defendant's original deadline to file and serve an answer or motion under Fed. R. Civ. Proc. Rule 12 ("Rule 12") was June 16, 2025;

**WHEREAS,** on May 30, 2025, the Parties entered into a stipulation extending the time for Defendant to respond to the Complaint for 45 days to allow the Parties to engage in settlement discussions (ECF No. 9);

**WHEREAS**, on June 4, 2025, the Court approved the May 30 stipulation and extended the time for Defendant to respond to the Complaint by 45 days (ECF No. 11);

**WHEREAS,** the current deadline for Defendant to file and serve an answer or motion under Rule 12 is July 31, 2025;

**WHEREAS**, the Parties are still engaged in discussions to potentially resolve this dispute and believe that additional time to file and serve an answer or motion under Rule 12 may facilitate a resolution without further litigation;

**WHEREAS,** the Parties stipulate and agree that a 46-day extension until September 15, 2025 for Defendant to answer, move, or otherwise respond to the Complaint will allow the Parties sufficient time to engage in good faith discussions to resolve this dispute;

**WHEREAS,** in entering into this stipulation, Defendant expressly reserves all its claims, rights, and defenses in this matter, including but not limited to the Defendant's right to contest the subject matter and personal jurisdiction of this Court and the sufficiency of Plaintiffs' claims for relief, under Rule 12 and otherwise; and

**WHEREAS,** consistent with these recitals, the Parties agree that Defendant does not make a general appearance by signing this Stipulation;

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

- 1 -

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
(LOCAL RULE 144(a)) -- Case No.: 2:25-cv-00949-JAM-SCR

- 2 -

**NOW, THEREFORE, BY AND THROUGH THEIR COUNSEL OF RECORD AND SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE AND AGREE THAT:**

Defendant's response to the initial complaint (including any motion, answer, challenge to this Court's jurisdiction, or other response) is now due on or before September 15, 2025.

Dated: July 18, 2025

HOGAN LOVELLS US LLP

By: /s/ *Amber Trincado*
Vassi Iliadis
Amber M. Trincado
Jon M. Talotta

*Attorneys for Defendant*
THE LIFETIME VALUE CO. LLC

Dated: July 18, 2025

By: /s/ *Brian J. Wanca*
Brian J. Wanca
S. Chandler Visher
Wallace C. Solberg

*Attorneys for Plaintiffs*
BRIAN HEINZ, ERIC SWEETEN, MARIE EDWARDS, LULA LEWIS, SHARON MUANGPRASERT, and TYREE CALDWELL

# ORDER

The Court has read and considered the parties' Stipulation to Extend Defendant's Time to Respond to Complaint. Based on the Stipulation, **IT IS ORDERED** that the deadline for Defendant The Lifetime Value Co. LLC to move, answer, or otherwise respond to Plaintiffs' complaint is **EXTENDED** until (and including) **September 15, 2025**.

**IT IS SO ORDERED.**

Dated: July 21, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE