S. CHANDLER VISHER - S.B.N 52957
268 Bush Street #4500
San Francisco, CA 94194
Telephone: (415) 901-0500
Facsimile: (415) 904-0504
chandler@visherlaw.com

BRIAN J. WANCA (*pro hac vice*)
**ANDERSON & WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501
bwanca@andersonwanca.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HEINZ, ERIC SWEETEN, MARIE EDWARDS, LULA LEWIS, SHARON MUANGPRASERT, and TYREE CALDWELL, individually and on behalf of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>THE LIFETIME VALUE CO. LLC,<br><br>Defendant. | Case No.: 2:25-cv-00949-JAM-SCR<br><br>Hon. Senior District Judge John A. Mendez<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND CONTINUE THE HEARING**<br><br>Action Filed:            March 26, 2025<br>Current Response Date:   October 28, 2025<br>New Response Date:       November 14, 2025<br>New Reply Date:          December 12, 2025<br>New Motion Date:         January 27, 2026<br>                         1:00 p.m. |

1    Pursuant to Eastern District Local Rule ("LR") 144(a), Plaintiffs Brian Heinz, Eric Sweeten, Marie Edwards, Lula Lewis, Sharon Muangprasert, and Tyree Caldwell (collectively, "Plaintiffs") and Defendant The Lifetime Value Co. LLC ("Defendant") (together, the "Parties") hereby enter into this Joint Stipulation and request for an Order by the Court (the "Stipulation") as follows:

**WHEREAS,** Plaintiffs filed the Complaint in this action on March 26, 2025 (ECF No. 1);

**WHEREAS,** Defendant filed (after extension of time granted by this Court) it's Motion to Dismiss on September 15, 2025 (ECF No. 16);

**WHEREAS,** Plaintiffs' filed a First Amended Complaint on September 29, 2025 and vacated the November 18, 2025 hearing date (ECF No. 20);

**WHEREAS,** the Court denied Defendant's motion as moot and vacated the November 18, 2025 hearing date (ECF No. 21);

**WHEREAS**, Defendant filed its Motion to Dismiss First Amended Complaint on October 14, 2025, setting it for hearing on December 9, 2025 (ECF No. 26);

**WHEREAS**, Pursuant to L.R. 230(c), Plaintiffs' Opposition is due fourteen (14) days thereafter, making Plaintiffs' response due October 28, 2025.

**WHEREAS,** the Parties stipulate and agree to extend Plaintiff's Opposition due date, as well as reply date for Defendant, and to reset the hearing date; and

**WHEREAS,** the Parties agree to the following briefing schedule: Plaintiff to file their opposition to Defendant's Motion to Dismiss by November 14, 2025, Defendant to file its Reply by December 12, 2025, and the hearing date be reset for January 27, 2025 at 1:00 p.m.

**NOW, THEREFORE, BY AND THROUGH THEIR COUNSEL OF RECORD AND SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE AND AGREE THAT:**

Plaintiffs' Opposition to Defendant's Motion to Dismiss First Amended Complaint is now due on or before November 14, 2025; Defendant's Reply is now due on or before December 12, 2025; and the Hearing date on Defendant's Motion to Dismiss of December 9, 2025 be vacated and reset to January 13, 2025 at 1:00 p.m.

Dated: October 29, 2025

ANDERSON + WANCA

By: /s/ *Brian J. Wanca*
Brian J. Wanca (*admitted Pro Hac Vice*)
S. Chandler Visher - S.B.N 52957

*Attorneys for Plaintiffs*
BRIAN HEINZ, ERIC SWEETEN, MARIE EDWARDS, LULA LEWIS, SHARON MUANGPRASERT, and TYREE CALDWELL

Dated: October 29, 2025

By: /s/ *Amber M. Trincado*
(As authorized on October 24, 2025)
Vassi Iliadis
John M. Talotta
Amber M. Trincado

*Attorneys for Defendant*
THE LIFETIME VALUE CO. LLC

**ORDER**

Based on the stipulation of the parties, the deadline for Plaintiffs to file their Opposition to Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 26), is **EXTENDED** to **November 14, 2025**; Defendant's Reply deadline is **EXTENDED** to **December 12, 2025**; and the currently scheduled Hearing Date of December 09, 2025 is **VACATED** and **RESET** to **January 27, 2026, at 1:00 p.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, before Senior District Judge John A. Mendez

**IT IS SO ORDERED.**

Dated:  October 29, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE