**S. CHANDLER VISHER** - S.B.N 52957
268 Bush Street #4500
San Francisco, CA 94194
Telephone: (415) 901-0500
Facsimile: (415) 904-0504
chandler@visherlaw.com

BRIAN J. WANCA (*pro hac vice*)
PATRICK SOLBERG (*pro hac vice*)
WALLACE C. SOLBERG (*pro hac vice*)
**ANDERSON & WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501
bwanca@andersonwanca.com
psolberg@andersonwanca.com
wsolberg@andersonwanca.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HEINZ, ERIC SWEETEN, MARIE EDWARDS, LULA LEWIS, SHARON MUANGPRASERT, and TYREE CALDWELL, individually and on behalf of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>THE LIFETIME VALUE CO. LLC,<br><br>Defendant. | Case No.: 2:25-cv-00949-JAM-SCR<br><br>Hon. Senior District Judge John A. Mendez<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO FILE A ONE-PAGE SUR-REPLY**<br><br>Action Filed:         March 26, 2025<br>Current Response Date: None<br>Motion Date:          January 27, 2026<br>                      1:00 p.m. |

1    Pursuant to an agreement between the Parties, Plaintiffs Brian Heinz, Eric Sweeten, Marie
2    Edwards, Lula Lewis, Sharon Muangprasert, and Tyree Caldwell (collectively, "Plaintiffs") and
3    Defendant The Lifetime Value Co. LLC ("Defendant") hereby enter into this Joint Stipulation and
4    request for an Order by the Court (the "Stipulation"). In support of this Stipulation, the Parties state
5    as follows:

6    **WHEREAS,** Plaintiffs filed the Complaint in this action on March 26, 2025 (ECF No. 1);

7    **WHEREAS,** Defendant filed (after extension of time granted by this Court) it's Motion to
8    Dismiss on September 15, 2025 (ECF No. 16);

9    **WHEREAS,** Plaintiffs' filed a First Amended Complaint on September 29, 2025 and
10   vacated the November 18, 2025 hearing date (ECF No. 20);

11   **WHEREAS,** the Court denied Defendant's motion as moot and vacated the November 18,
12   2025 hearing date (ECF No. 21);

13   **WHEREAS**, Defendant filed its Motion to Dismiss First Amended Complaint on October
14   14, 2025, setting it for hearing on December 9, 2025 (ECF No. 26);

15   **WHEREAS**, Plaintiffs filed their Response on November 14, 2025. (Doc. 34);

16   **WHEREAS,** Defendant filed its Amended Reply on December 16, 2025 (Doc. 38);

17   **WHEREAS,** Defendant, in its Amended Reply, cited for the first time a case captioned
18   *Trama v. RELX, Inc.*, No. 2:24-cv-03174 DSF-E (C.D. Cal. Apr. 4, 2025) ("*Trama*");

19   **WHEREAS,** Defendant does not oppose Plaintiffs filing a one-page sur-reply to address
20   the *Trama* decision; and

21   **NOW, THEREFORE, BY AND THROUGH THEIR COUNSEL OF RECORD AND**
22   **SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY**
23   **STIPULATE AND AGREE THAT:**

24   Plaintiffs' have leave to file their one-page sur-reply addressing the decision in *Trama* and
25   in opposition to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint.

26
27
28

Dated: December 30, 2025

ANDERSON + WANCA

By: /s/ *Patrick J. Solberg*
Patrick J. Solberg (*admitted Pro Hac Vice*)

S. Chandler Visher - S.B.N 52957

*Attorneys for Plaintiffs*
BRIAN HEINZ, ERIC SWEETEN, MARIE EDWARDS, LULA LEWIS, SHARON MUANGPRASERT, and TYREE CALDWELL

Dated: December 30, 2025

By: /s/ *Amber M. Trincado*
(As authorized on December 30, 2025)
Vassi Iliadis
Amber M. Trincado
Jon M. Talotta

*Attorneys for Defendant*
THE LIFETIME VALUE CO. LLC

**ORDER**

The Court has read and considered the parties' Stipulation to allow the filing of a sur-reply by Plaintiffs in opposition to Defendant's Motion to Dismiss the First Amended Complaint. Based on the Stipulation, **IT IS ORDERED** that Plaintiffs are **GRANTED** leave to file a one-page sur-reply **on or before January 06, 2026**.

IT IS SO ORDERED.

Dated:  December 30, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE