

# United States District Court
# Eastern District of California

| | |
|---|---|
| Brian Heinz, et al., | Case Number: 2:25-cv-00949-DC-SCR |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| The Lifetime Value Co., LLC | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jon M. Talotta hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

The Lifetime Value Co., LLC

On 11/01/1999 (date), I was admitted to practice and presently in good standing in the Supreme Court of Virginia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/13/2026           Signature of Applicant: /s/ Jon M. Talotta

**Pro Hac Vice Attorney**

Applicant's Name: Jon M. Talotta

Law Firm Name: HOGAN LOVELLS US LLP

Address: 8350 Broad Street

17th Floor

City: Tysons    State: VA    Zip: 22102

Phone Number w/Area Code: (703) 610-6156

City and State of Residence: Tysons, VA

Primary E-mail Address: JON.TALOTTA@HOGANLOVELLS.COM

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Amber Trincado

Law Firm Name: HOGAN LOVELLS US LLP

Address: 4 Embarcadero Center

Suite 3500

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (415) 374-2300    Bar # 260186

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  February 17, 2026

Dena Coggins
United States District Judge